IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE ORELLANA, et al.

PLAINTIFF,

v.

Case No.: 1:16-CV-02181-RBW

NBSB INC. D/B/A GEORGE'S KING OF FALAFEL AND CHEESESTEAK, et al.

DEFENDANTS.

*********************************************************************

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Jose Orellana, Santos Orellana, Adali Valeriano Vasquez, Herlan Edgardo Cornejo Bajurto, and Moises Del'Rosario and Defendants NBSB, Inc. d/b/a George's King of Falafel and Cheesesteak ("NBSB"), Souheil Ben Mansour, and Sofiene Mansour, pursuant to Fed. R. Civ. P. 41(a), hereby submit this Joint Stipulation of Dismissal with Prejudice, dismissing with prejudice Plaintiffs' claims against Defendants. Each party to bear its own attorney's fees and costs.

Dated: April 2, 2019

Respectfully submitted,

/s/ Michael K. Amster

Michael K. Amster, Esq.
(Bar No. 1001110)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
P: (301) 587-9373
F: (240) 839-9142
mamster@zagfirm.com

*Counsel for Plaintiffs*

Albert Wilson, Jr., Esq.
VEDA LAW, LLC
8720 Georgia Avenue
Suite 700
Silver Spring, MD 20910
(240) 839-4153
Fax: (202) 315-3494
Email: awilson@vedalaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2019, a true and correct copy of the foregoing was served via the electronic filing system on all counsel of record.

Albert Wilson, Jr., Esq.
Veda Law, LLC
8605 Cameron St., Suite 210
Silver Spring, MD 20910
awilson@vedalaw.com

*Counsels for Defendants*

Michael K. Amster